**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1130**

_____

RUNGRUDEE SUTEERACHANON,

            Plaintiff - Appellant,

      v.

MCDONALD'S RESTAURANTS OF MARYLAND, INC.,

            Defendant - Appellee,

      and

MCDONALD'S CORPORATION,

            Defendant.

_____

**No. 15-1131**

_____

RUNGRUDEE SUTEERACHANON,

            Plaintiff - Appellant,

      v.

MCDONALD'S RESTAURANTS OF MARYLAND, INC.,

            Defendant - Appellee.

_____

**No. 15-1132**

_____

RUNGRUDEE SUTEERACHANON,

Plaintiff - Appellant,

v.

MCDONALD'S RESTAURANTS OF MARYLAND, INC.,

Defendant - Appellee.

_____

Appeals from the United States District Court for the District of Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge. (8:13-cv-02889-RWT; 8:13-cv-03150-RWT; 8:13-cv-02890-RWT)

_____

Submitted:  June 25, 2015                    Decided:  June 29, 2015

_____

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Rungrudee Suteerachanon, Appellant Pro Se.  Nigel F. Telman, Amanda C. Wiley, PROSKAUER ROSE LLP, Chicago, Illinois; Alex Chad Weinstein, PROSKAUER ROSE LLP, Washington, DC, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rungrudee Suteerachanon appeals the district court's orders dismissing her employment discrimination actions and denying her motion to reconsider under Fed. R. Civ. P. 59(e).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Suteerachanon v. McDonald's Rest. of Md., Inc., Nos. 8:13-cv-02889-RWT; 8:13-cv-03150-RWT; 8:13-cv-02890-RWT (D. Md. Nov. 24, 2014 & Jan. 9, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3